UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00496-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  PERFECTO PANCHO-ACUNA,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, January 4, 2010,** and responses to these motions shall be filed by **Monday, January 11, 2010.**  No final trial preparation conference will be set at this time.  It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, January 25, 2010, at 9:00 a.m. in courtroom A-1002.**

Dated:  December 2, 2009

                          BY THE COURT:

                          s/ Wiley Y. Daniel
                          Wiley Y. Daniel
                          Chief United States District Judge