UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-cr-00496-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  PERFECTO PANCHO-ACUNA,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was filed in the above matter on January 8, 2010.  The 3-day jury trial is set to commence **Monday, January 25, 2010, at 9:00 a.m.** is **VACATED**.  A Change of Plea hearing is set for **Friday, February 5, 2010 at 4:00 p.m.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    January 8, 2010

-1-